UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No.: 1:17-CR-00195 |
| vs. | ) | |
| | ) | (C.J. Jones) |
| HOPE R. CARBONE and | ) | |
| DONNA VENTURINI | ) | Electronically Filed |

## STATUS REPORT

The United States, by and through undersigned counsel, submits this Report on the current status of the extradition of Defendant Jose Dominquez.

Background

1.     On August 16, 2017, a one-count Information was filed charging Donna Venturini (Venturini), Hope Carbone (Carbone), and Jose Dominguez (Dominguez) with conspiracy to defraud the United States in violation of 18 U.S.C. § 371.

2.     On September 13, 2017, Venturini and Carbone pleaded guilty to the Information pursuant to a written plea agreement whereby they agreed to fully cooperate with the government, including by providing testimony at the trial of their co-defendant, Dominguez. In return, the Government agreed to file a USSG 5K1.1 downward

departure motion at the completion of their cooperation, assuming that their assistance is deemed sufficient.

3. To date, Venturini and Carbone have cooperated with the government. Their cooperation included proffers and the production of documents. However, their cooperation is not as yet complete because their plea agreements with the United States include a provision that Venturini and Carbone testify at the trial of Dominguez if called upon by the United States.

4. Jose Dominguez is a national of the Dominican Republic and he is currently in that country. The U.S. Department of Justice, through its Office of International Affairs ("OIA"), is in the process of obtaining his extradition to the United States so that he may stand trial in this court.

5. According to the OIA, the extradition matter has been fully litigated in the Dominican Republic Supreme Court, including briefing and argument. At this juncture, only a final decision is pending. Previously, in a Joint Motion to Continue to the sentencings of Venturini and Carbone filed on February 6, 2020, this Court was advised a decision from the Dominican Republic Court was expected within the two (2) or

three (3) months.

6.     The Court was further advised that if the Dominican Republic's Supreme Court issued a decision in support of extradition, the Dominican Republic Executive Branch then reviews the matter, and executes an order of extradition. The Executive Branch's review and decision was estimated to take one (1) to two (2) months.

7.      In light of the above, the government provided its best estimate of four (4) months before an extradition order would be issued.

8.     Dominguez remains a fugitive and continues to contest his extradition to the United States to face the charges pending in this Court.

<u>Impact of the COVID-19 Pandemic on the Status of the Dominguez Extradition</u>

9.     As stated above, the extradition request has been litigated and the United States is awaiting the Dominican Republic Supreme Court's decision.  However, the COVID-19 pandemic has adversely impacted the issuance of the decision.  Like other nations, the Dominican Republic has been in shutdown in order to protect the health and welfare of its population.  Out of necessity, its court system has prioritized the matters it addresses, such as national security matters,

violent crime, and the COVID-19 issues the nation faces.

10.    It  remains  the  position  of  the  U.S.  Attorney's  Office  that Venturini  and  Carbone  complete  their  cooperation  before  the  United States  will  a  downward  departure  motion  on  their  behalf.  As  stated above,  cooperation  included  includes  their  testimony  if  called  by  the United States in the trial of Dominguez.

11.    Venturini  and  Carbone  face  a  sentencing  guideline  total offense level of 19.  If they were to proceed to sentencing before they have an opportunity to complete their cooperation, Venturini and Carbone are concerned that without a downward departure motion, the guidelines call for  a  terms  of  incarceration  for  both.  With  the  filing  of  a  downward departure motion, the court will be in a position to consider alternative forms  of  punishment,  including  home  detention  which,  based  the backgrounds of both women and the facts in this case, may be appropriate sentences in this case.

12.     The parties recognize that this case has been on the court's docket for a lengthy period of time.  Nevertheless, due to the unforeseen circumstances the pandemic has caused, the parties respectfully ask that the court to delay the scheduling of sentencings until at least November 2020.

Respectfully submitted,

DAVID J. FREED
United States Attorney

s/ Joseph J. Terz
Joseph J. Terz
Assistant U.S. Attorney
joseph.terz@usdoj.gov (eMAIL)
Attorney I.D. PA55480

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No.: 1:17-CR-00195 |
| vs. | ) | |
| | ) | (C.J.  Jones) |
| HOPE R. CARBONE and | ) | |
| DONNA VENTURINI | ) | Electronically Filed |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an Assistant U.S. Attorney in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 8, 2020, he served a copy of the attached:

## STATUS REPORT

by electronic filing to the persons hereinafter named:

Charles A. De Monaco
cdemonaco@foxrothschild.com

Patrick J. Egan
pegan@foxrothschild.com

Martin R. Raskin
mraskin@raskinlaw.com

/s/ Joseph J. Terz
Joseph J. Terz
Assistant U.S. Attorney

4