# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:17-CR-0195-01 |
| | : | |
| v. | : | |
| | : | |
| JOSE DOMINGUEZ | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 20th day of May, 2022, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** the motion to dismiss the indictment, Doc. 159, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
